IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Brown, Jennella

Printed: 12/23/08

Case Number: 08 B 14755
Judge: Squires, John H
Filed: 6/9/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 22, 2008
Confirmed: August 27, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,150.00 |  |
| Secured: |  | 850.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,294.00 |
| Trustee Fee: |  | 218.93 |
| Other Funds: |  | 1,787.07 |
| Totals: | 5,150.00 | 5,150.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,294.00 | 2,294.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Ford Motor Credit Corporation | Secured | 59,533.51 | 400.00 |
| 4. | Wachovia Dealer Services | Secured | 31,073.89 | 450.00 |
| 5. | Litton Loan Servicing | Secured | 64,043.91 | 0.00 |
| 6. | Internal Revenue Service | Priority | 213.29 | 0.00 |
| 7. | American Express | Unsecured | 4,589.01 | 0.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 2,697.68 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 424.54 | 0.00 |
| 10. | Wachovia Dealer Services | Unsecured | 347.21 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 222.37 | 0.00 |
| 12. | Credit One | Unsecured | 29,163.27 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 5,470.00 | 0.00 |
| 14. | Internal Revenue Service | Unsecured | 640.47 | 0.00 |
| 15. | Illinois Dept of Revenue | Priority |  | No Claim Filed |
|  |  |  | $ 200,713.15 | $ 3,144.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 195.97 |
| 6.6% | 22.96 |
|  | $ 218.93 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Brown, Jennella | Case Number:  08 B 14755 |
| | Judge:  Squires, John H |
| Printed: 12/23/08 | Filed:  6/9/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

